

NUMBER 13-13-00446-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

DONALD D. POWERS AND
LESLIE E. POWERS,
INDIVIDUALLY AND AS
CO-TRUSTEES OF THE DONALD
D. POWERS AND LESLIE E.
POWERS CHARITABLE
REMAINDER UNITRUST,                                      APPELLANTS,

v.

EOG RESOURCES, INC.,
WALTER C. ENGLISH, JR.
LEGACY, LLC.,                                            APPELLEES.

## On Appeal from the 25th District Court
of Gonzales County, Texas.

# MEMORANDUM OPINION

### Before Justices Benavides, Perkes, and Longoria

## Memorandum Opinion Per Curiam

This appeal was abated by this Court on November 15, 2013, for purposes of finalizing a settlement agreement. This cause is now before the Court on an agreed motion to dismiss the appeal on grounds that a settlement agreement has been executed and there is no longer any controversy among the parties to this appeal. The parties request that this Court dismiss the appeal. Accordingly, this case is hereby REINSTATED.

The Court, having considered the documents on file and the agreed motion to dismiss the appeal, is of the opinion that the motion should be granted. *See* TEX. R. APP. P. 42.1(a). The agreed motion to dismiss is GRANTED, and the appeal is hereby DISMISSED. In accordance with the agreement of the parties, costs are taxed against the party incurring same. *See* TEX. R. APP. P. 42.1(d) ("Absent agreement of the parties, the court will tax costs against the appellant."). Having dismissed the appeal at the parties' request, no motion for rehearing will be entertained, and our mandate will issue forthwith.

PER CURIAM

Delivered and filed the
19th day of December, 2013.